IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER WHITE, <br><br> Defendant. | NO. 4:20-cv-00112-FL |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff North American Company for Life and Health Insurance ("North American"), by and through undersigned counsel, hereby moves this Court for entry of default judgment against Defendant Christopher White for the failure to plead or otherwise defend this action.

In support of this Motion, North American relies on the pleadings, including the Affidavit of Service and in Support of Motion for Entry of Default , Dkt 5; the Clerk's Entry of Default, Dkt 7; the Declaration of Trayn Maurer, Dkt. 9; and its contemporaneously-filed Memorandum.

WHEREFORE, Plaintiff North American Company for Life and Health Insurance prays the Court enter Default Judgment against Defendant Christopher White declaring that the '156 Policy (as referenced in Paragraph 18 of the Complaint) is rescinded and thus *void ab initio* due to White's material misrepresentation in the application; declaring that no rights or benefits are payable to any person relating to the '156 Policy; and granting such other and further relief as the Court may deem just and proper.

This the 28th day of October, 2020.

        **NELSON MULLINS RILEY & SCARBOROUGH LLP**

        By: */s/ Leslie Lane Mize*
        Leslie Lane Mize
        N.C. State Bar No. 32790
        leslie.mize@nelsonmullins.com
        4140 Parklake Avenue, Suite 200
        Raleigh, North Carolina 27612
        Phone: (919) 877-3800
        Fax: (919) 877-3799
        *Local 83.1 Counsel*

        OF COUNSEL:

        GODFREY & KAHN, S.C.
        Daniel C.W. Narvey
        (application for special appearance forthcoming)
        Andrew S. Oettinger
        (application for special appearance forthcoming)
        833 East Michigan Street, Suite 1800
        Milwaukee, WI 53202-5615
        Telephone: (414) 273-3500
        Facsimile: (414) 273-5198
        Email: dnarvey@gklaw.com
           aoettinger@gklaw.com

        *Attorneys for Plaintiff North American Company for Life and Health Insurance*

CERTIFICATE OF SERVICE

      I, the undersigned attorney, do hereby certify that on October 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that a copy of the foregoing was served upon Defendant Christopher White by first class U.S. Mail, in a postage prepaid envelope addressed as follows:

      Christopher White
      2505 Old Snow Hill Road
      Kinston, NC  28501

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Leslie Lane Mize*
Leslie Lane Mize
N.C. State Bar No. 32790
leslie.mize@nelsonmullins.com
4140 Parklake Avenue, Suite 200
Raleigh, North Carolina 27612
Phone:  (919) 877-3800
Fax:  (919) 877-3799
*Local 83.1 Counsel for Plaintiff North American Company for Life and Health Insurance*