IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NORTH AMERICAN COMPANY FOR
LIFE AND HEALTH INSURANCE,

    Plaintiff,

v.

CHRISTOPHER WHITE,

    Defendant.

NO. 4:20-cv-00112-FL

## ORDER

UPON CONSIDERATION of the Clerk's Entry of Default (Dkt. 7), Plaintiff North American Company for Life and Health Insurance's Motion for Entry of Default Judgment (Dkt. 10), Plaintiff's Memorandum in Support of Motion for Entry of Default Judgment (Dkt. 11), and the Declaration of Plaintiff's representative, Taryn Maurer (Dkt. 9) demonstrating that there were material misrepresentations in Defendant Christopher White's application for life insurance that led to the issuance of the policy that is the subject of this action (the "'156 Policy") and that Defendant is not an infant, incompetent person, or in the military service of the United States, IT IS HEREBY ORDERED that plaintiff's motion Entry of Default Judgment (Dkt. 11) is GRANTED.

The clerk is DIRECTED to enter a separate judgment of default pursuant to Rule 55(b)(2) and 58(a) of the Federal Rules of Civil Procedure for Defendant's failure to plead or otherwise defend this action, providing: (i) that that the policy that is the subject of this action (the "'156 Policy") is rescinded and thus *void ab initio* due to Defendant's material misrepresentation in the application; and (ii) that no rights or benefits are payable to any person relating to the '156 Policy.

SO ORDERED, this the 11th day of December, 2020.

_____
The Honorable Louise W. Flanagan
United States District Court Judge