UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE and HEALTH INSURANCE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER WHITE )<br>Defendant. ) | **DEFAULT JUDGMENT**<br><br>No. 4:20-CV-112-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 11, 2020, for the reasons set forth more specifically therein, plaintiff's motion for default judgment is granted. The policy that is the subject of this action (the " '156 Policy") is rescinded and thus *void ab initio* due to Defendant's material misrepresentation in the application; and no rights or benefits are payable to any person relating to the '156 Policy.

**This Judgment Filed and Entered on December 11, 2020, and Copies To:**
Leslie Lane Mize (via CM/ECF Notice of Electronic Filing)

December 11, 2020        PETER A. MOORE, JR., CLERK

                    /s/ Sandra K. Collins
                    (By) Sandra K. Collins, Deputy Clerk